# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DeMarchi, Virginia K. | US District Court, Northern District of California | 05/06/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

San Jose Courthouse
280 South 1st Street
San Jose, CA 95113

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | See Part VIII, note 1. |
| 2. 2008 | See Part VIII, note 2. |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMarchi, Virginia K. | 05/06/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | ▓▓▓▓▓▓ (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMarchi, Virginia K. | 05/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DeMarchi, Virginia K.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Citibank (cash) | B | Interest | N | T | | | | | |
| 3. VOYA Universal Life Insurance Policy | | None | L | T | | | | | |
| 4. Fenwick & West LLP (partnership equity interest) | | None | M | T | Distributed (part) | 01/02/20 | J | | |
| 5. | | | | | Distributed (part) | 02/04/20 | J | | |
| 6. | | | | | Distributed (part) | 03/03/20 | J | | |
| 7. | | | | | Distributed (part) | 04/02/20 | J | | |
| 8. | | | | | Distributed (part) | 05/04/20 | J | | |
| 9. | | | | | Distributed (part) | 06/02/20 | J | | |
| 10. | | | | | Distributed (part) | 07/02/20 | J | | |
| 11. | | | | | Distributed (part) | 08/04/20 | J | | |
| 12. | | | | | Distributed (part) | 09/02/20 | J | | |
| 13. | | | | | Distributed (part) | 10/01/20 | J | | |
| 14. | | | | | Distributed (part) | 11/03/20 | J | | |
| 15. | | | | | Distributed (part) | 12/02/20 | J | | |
| 16. Fenwick & West Investments LP, Series 2008 | B | Distribution | J | T | | | | | |
| 17. Fenwick & West Investments LP, Series 2012 | E | Distribution | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMarchi, Virginia K. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Fenwick & West Investments LP, Series 2013 | D | Distribution | J | T | | | | | |
| 19. Fenwick & West Investments LP, Series 2015 | B | Distribution | K | T | | | | | |
| 20. Fenwick & West Investments LP, Series 2016 | A | Distribution | K | T | | | | | |
| 21. ▓▓▓▓▓▓ | | None | P1 | T | Buy (add'l) | 11/30/20 | P2 | | |
| 22. | | | | | Sold (part) | 11/30/20 | P2 | | |
| 23. Hive Holding LLC | | None | J | U | | | | | |
| 24. Account #1 (H) | | | | | | | | | |
| 25. Fidelity Diversified International Fund Class K (FDIKX) | B | Dividend | M | T | | | | | |
| 26. Vanguard Total International Stock Index Fund Admiral Shares (VTIAX) | C | Dividend | M | T | | | | | |
| 27. Vanguard Small-Cap Index Fund Admiral Shares (VSMAX) | B | Dividend | M | T | | | | | |
| 28. Fidelity Low-Priced Stock Fund (FLPSX) | E | Dividend | M | T | | | | | |
| 29. Vanguard Mid-Cap Index Fund Admiral Shares (VIMAX) | C | Dividend | M | T | | | | | |
| 30. Vanguard Mid-Cap Growth Index Fund Admiral Shares (VMGMX) | B | Dividend | M | T | | | | | |
| 31. Fidelity OTC Portfolio Class K (FOCKX) | D | Dividend | M | T | | | | | |
| 32. Fidelity 500 Index Fund (FXIAX) | D | Dividend | O | T | | | | | |
| 33. Dodge & Cox Stock Fund (DODGX) | E | Dividend | N | T | | | | | |
| 34. Fidelity Select Technology Portfolio (FSPTX) | F | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMarchi, Virginia K. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Fidelity US Bond Index Fund (FXNAX) | C | Dividend | L | T | | | | | |
| 36. PIMCO High Yield Fund Instituional Class (PHIYX) | C | Dividend | L | T | | | | | |
| 37. Vanguard Short-Term Investment-Grade Fund Admiral Shares (VFSUX) | A | Dividend | K | T | | | | | |
| 38. Fidelity Puritan Fund Class K (FPUKX) | D | Dividend | M | T | | | | | |
| 39. Fidelity Freedom Index 2040 Fund Investor Class (FBIFX) | D | Dividend | N | T | | | | | |
| 40. Account #2 (H) | | | | | | | | | |
| 41. American Funds Target Date 2035 R4 (RDFTX) | D | Dividend | M | T | | | | | |
| 42. Account #3 (H) | | | | | | | | | |
| 43. Vanguard Inst Index Plus (VIIIX) | A | Dividend | K | T | | | | | |
| 44. Vanguard Inst TR 2035 (VITFX) | B | Dividend | L | T | | | | | |
| 45. Account #4 (H) | | | | | | | | | |
| 46. Vanguard Target 2040 (VFORX) | | None | O | T | | | | | |
| 47. Account #5 (H) | | | | | | | | | |
| 48. American International Group, Inc. (AIG) | | None | J | T | | | | | |
| 49. Voya Inv JPMorgan Small Cap (IJSSX) | | None | K | T | | | | | |
| 50. Voya Large Cap Growth Portfolio (IEOHX) | | None | K | T | | | | | |
| 51. Voya PRT Oppenheimer Global (IGMIX) | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMarchi, Virginia K. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Voya PRT TR Diversified Mid Cap (IAXIX) | | None | K | T | | | | | |
| 53. | VY Clarion Global Real Estate (IRGIX) | | None | J | T | | | | | |
| 54. | Voya Russell Large Cap Growth Indx (IRLNX) | | None | J | T | | | | | |
| 55. | Account #6 (H) | | | | | | | | | |
| 56. | American Funds Capital World Growth and Income Fund A (CWGIX) | A | Dividend | K | T | | | | | |
| 57. | Account #7 (H) | | | | | | | | | |
| 58. | Bright Start College Savings 529 Moderate Age Based 19+-G | | None | L | T | | | | | |
| 59. | Account #8 (H) | | | | | | | | | |
| 60. | Bright Start College Savings 529 Moderate Age Based 15-16-G | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Account #1 was inadvertently omitted from prior reports.

Part II, line 1, and Part VII, line 4: As a partner at Fenwick & West LLP, I was a signatory to the partnership agreement which included insurance and retirement benefits. It also outlined the terms for the return of my equity interest in the partnership, which will take place interest-free over a period of 60 months, beginning 12 months following separation.

Part II, line 2, and Part VII, lines 16-20: Fenwick & West Investments LP is a private investment series that is sponsored and managed by my former law firm. I own a fractional share of each listed series. Each series is akin to a mutual fund, in that I do not own, nor do I have any right to select or control, the underlying investments. Further, I do not receive transaction information on the underlying investments, nor do I receive information on income attributable to them. My ownership in each specific series, and the income attributable to it, is reported in Part VII. The items listed below are the individual series' underlying investments, to the best of my information and belief.

Fenwick & West Investments LP, Series 2008:
Alion, Inc. (formerly SunPrint Inc.) (split with 2009)
Couchbase (formerly Membase, Inc. and NorthScale, Inc.)
D2S, Inc.
Palo Alto Networks, Inc.


Fenwick & West Investments LP, Series 2012:
Actelis Networks, Inc.
Airspan Networks, Inc. (formerly Mimosa Networks, Inc.)
Alta Devices, Inc.
AppLovin Corporation
Appssavvy, Inc.
AtheroMed, Inc.
Authentic8, Inc.
Avocado Software, Inc.
Bill.com Holdings, Inc. (formerly Bill.com, Inc.)
BountyJobs, Inc.
Cardeas Pharma Corporation
Cash from acquisition of ThisLife.com
Circle Internet Services, Inc.
Clinkle Corporation
CrossBar, Inc.
Crossfades, Inc. (formerly DJZ, Inc.)
Dropbox (acquired CloudOn)
Dynamic Signal, Inc.
eASIC Corporation
Feel Well Labs, Inc. (now Lift, Inc.) - dissolved in 2012
Figma, Inc.
Flatiron Health, Inc.
Gainspeed, Inc. (formerly Cohere Networks, Inc.)
GigaGen, Inc.
Handle Financial, Inc. (formerly PayNearMe, Inc.)
Heighten, Inc. (formerly Fynmn Inc.)
If You Can Company
Illumio, Inc.
InforMed Data Systems, Inc. (dba One Drop) (acquired Sano Intelligence, Inc.)
Jaunt, Inc. (formerly Meenlo, Inc.)
Kahuna, Inc. (formerly TapNexus, Inc.)
Keywee, Inc.
Knowplicity, Inc. (dba Wello)
Kong Technologies (formerly Path, Inc.)
LiveScribe, Inc.
Livingly Media, Inc. (formerly Zimbio, Inc. and Zoozio, Inc.)
Lore, Inc. (formerly Coursekit, Inc.)
LuxVue Technology Corporation
Main Street Hub, Inc.
Maker Media, Inc.
moka5, Inc.
Nextdoor.com, Inc.
Panasas Inc.
Peck, Inc.
PerceptiMed, Inc.
Playco Global, Inc. (f/k/a Game Closure, Inc.;acquired Chobolabs, Inc. in 2019)

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Prism Skylabs, Inc.
Quixey, Inc.
R2 Semiconductor, Inc.
Red Hot Labs, Inc.
SignalFx, Inc. (formerly SignalFuse, Inc.); Splunk
Space Pencil, Inc. (d/b/a KISSmetrics)
StreamOnce, Inc.
Subtext Media, Inc.
TasteMade, Inc.
ThisLife.com
ThousandEyes, Inc.
Tubular Labs, Inc.
Uber (acquired deCarta)
Urban Engines, Inc. (formerly 1618 Labs, Inc.)
Voxer, Inc.
Wandera, Inc.
Wandera, Inc. (formerly Snappli, Inc.)
Wealthfront Inc.
Zenreach, Inc. (formerly Wifast, Inc.)
Zenverge, Inc.


Fenwick & West Investments LP, Series 2013:
A Medium Corporation
Actelis Networks, Inc.
Airspan Networks, Inc. (formerly Mimosa Networks, Inc.)
Augmedix, Inc.
Bill.com Holdings Inc. (formerly BDC Payments Holdings, Inc. ;Cashboard)
Bolt Threads, Inc. (formerly Refactored Materials, Inc.)
BountyJobs, Inc.
ClassPass, Inc. (acq. RK Fitness, Inc. (fka Fitmob))
CNEX Labs, Inc.
Cohere Technologies, Inc.
CrossBar, Inc.
DataBricks, Inc.
Everlane, Inc.
Forward Networks, Inc.
Gusto, Inc. (formerly ZenPayroll, Inc.)
Handle Financial, Inc.(formerlyPayNearMe, Inc. and Kwedit, Inc.)
Illumio, Inc.
Juvo Mobile, Inc.
Migo Money, Inc.
Nuna Incorporated
Omada Health, Inc.
Operator, Inc.
Orbital Insight, Inc.
PerceptiMed, Inc.
Primary Kids, Inc.
R2 Semiconductor, Inc.
Range Networks, Inc.
Science Exchange, Inc.
TasteMade, Inc.
Tile, Inc.
Velo3D, Inc.
Zimperium, Inc.
ZypMedia, Inc. (formerly ExtendTV, Inc.)


Fenwick & West Investments LP, Series 2015:
AirMap, Inc.
Augmedix, Inc.
BountyJobs, Inc.
Breathometer, Inc.
Brilliant Home Technology
Cafe X Technologies, Inc.
Chobolabs, Inc. (formerly Vertigo Labs, Inc.)
CNEX Labs, Inc.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Coffee Meets Bagel
CrossBar, Inc.
Eden Technologies Inc.
Fortanix, Inc.
Forter Ltd.
FoxCommerce, Inc.
Grail, Inc.
Gyroscope Innovations, Inc.
HyperTrack, Inc.
Ironclad, Inc.
Juvo Mobile Inc.
Keywee, Inc.
Life On Air, Inc.
Lyra Health, Inc.
Madison Reed, Inc.
Memery, Inc.
NeuVector, Inc.
Nimble Rx, Inc.
Orbital Insight, Inc.
PerimeterX, Inc.
PlushCare, Inc.
Preempt Security, Inc.
Quizlet, Inc.
Qumulo, Inc.
Reflektive, Inc. (formerly Pulse Software, Inc.)
Samsara Networks, Inc.
Sano Intelligence, Inc.
ScaleFlux, Inc.
Sigma Accolade, Inc.
Simple Contacts, Inc.
SpotHero Inc.
SpringML, Inc.
SubPac, Inc.
Symphony Communications Services Holdings, LLC (Merus Capital II Expansion Fund)
Timescale Inc. (440 Labs, Inc. dba iobeam, Inc.)
TripActions, Inc.


Fenwick & West Investments LP, Series 2016:
Allume, Inc. (formerly Lassen Labs, Inc.)
Armorblox,Inc.
AutoFi, Inc.
Brilliant Home Technology
CNEX Labs, Inc.
Coinbase Global, Inc.
Compound Eye Inc.
Dynamic Signal, Inc.
Elegen Corporation
Espressive, Inc.
Gamers Net, Inc.
Handle Financial, Inc.(formerlyPayNearMe, Inc. and Kwedit, Inc.)
Ironclad, Inc.
Juvena Therapeutics, Inc.TripActions, Inc.
Madison Reed, Inc.
Merit International, Inc.
Metabase, Inc.
MeWe, Inc.
Mindstrong, Inc.
Molekule, Inc.
Mynd Management, Inc.
Nefeli Networks, Inc.
NeuVector, Inc.
Nimble Rx, Inc.
Observable Inc.
PebblePost, Inc.
Pi Inc.
PlushCare, Inc.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Present Company (formerly Bubble, Inc.)
Primary Kids, Inc.
Projector Factory, Inc. (formerly Propeller Factory, Inc.)
Quizlet, Inc.
Range Labs, Inc. (formerly Habitat Labs, Inc.)
ReadyUp Inc.
Reali, Inc.
Relativity Space Inc.
Roofstock, Inc.
Saildrone, Inc.
Scalyr, Inc.
Shift.org, Inc.
Socrates AI, Inc. (formerly New Socrates, Inc.)
Stampli Ltd.
Super Heroic, Inc.
Tectus Corporation
Tekion Corp
Tile, Inc.
Trialspark, Inc.
TRIPP, Inc.
Universe Exploration Company (formerly Future Lab, Inc.)
UpGuard, Inc.
ValiMail, Inc.
Velo3D, Inc.
Visibly, Inc. (formerly Opternative, Inc.)
Voodle, Inc.
Waltz Networks Inc.
Wandera, Inc. (formerly Snappli, Inc.)
Zipongo, Inc.


Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Virginia K. DeMarchi**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544